# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ROBERT GENE MOORE, | ) | 3:19-CV-0348-MMD-CLB |
| --- | --- | --- |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | March 11, 2020 |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed an action involving judicial review of administrative action by the Secretary of Health and Human Services, denying plaintiff's claim for disability benefits under the Social Security Act. Pursuant to the court's order (ECF No. 10), plaintiff was to file a motion for reversal and/or remand on or before November 30, 2019. To date, plaintiff has failed to do so.

Plaintiff shall have to and including **April 10, 2020** to file a motion for reversal and/or remand per the court's order ECF No. 10. The Clerk shall **mail** to plaintiff a copy of the court's order ECF No. 10. If plaintiff fails to timely file his motion for reversal and/or remand, the court will enter an order or a report and recommendation dismissing this case.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk